# VULLINGS LAW GROUP, LLC

Attorneys At Law

3953 RIDGE PIKE
SUITE 102
COLLEGEVILLE, PENNSYLVANIA  19426
(610) 489-6060
(610) 489-1997 FAX

BRENT F. VULLINGS

Admitted in  PA, NJ, NY & DC

bvullings@vullingslaw.com

November 2, 2020

**VIA ECF**
Honorable R. Barclay Surrick
United States District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

Re:   Malik Liles v. Trans Union, LLC, et. al.
        USDC, E.D. Pa., 2:20-cv-02838-RBS

Your Honor:

Kindly be advised the above referenced matter has been recently settled as to Defendant Trans Union, LLC only. We are waiting for circulation of the necessary paperwork in order to finalize the settlement.

Thank you for your time and consideration of this matter.

Sincerely,

Brent F. Vullings, Esq.

BFV:fc
cc:   Kevin T. Bennett (via ECF)

Letter to Honorable R. Barclay Surrick
November 2, 2020
Page 2 of 2

    Casey Green (via ECF)
    Frederick E. Blakelock (via ECF)
    Christine J. Viggiano (via ECF)