UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MALIK LILES,**<br><br>                              **Plaintiff,**<br><br>v.<br><br>**TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC. AND VERIZON WIRELESS, LLC**<br><br>                              **Defendant.** | Case No.: 2:20-cv-02838-RBS |

## STIPULATION FOR DISMISSAL OF DEFENDANT CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS (erroneously sued as VERIZON WIRELESS, LLC)

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Malik Liles, and Defendant Cellco Partnership d/b/a Verizon Wireless (erroneously sued as Verizon Wireless, LLC) ("Verizon Wireless"), that the above-entitled action be dismissed with prejudice as to Verizon Wireless, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own respective attorney's fees and costs.

/s/ *Frederick E. Blakelock*
Frederick E. Blakelock, Esquire
Reilly, McDevitt & Henrich, P.C.
Counsel for Defendant,
Cellco Partnership d/b/a Verizon Wireless

/s/ *Brent F. Vullings*
Brent F. Vullings, Esquire
Vullings Law Group, LLC
Counsel for Plaintiff
Malik Liles

**IT IS SO ORDERED.**

Dated:   January 4, 2021

      /s/ R. Barclay Surrick
R. Barclay Surrick
United States District Judge